## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Florida

Case Number: 3:14-MC-64-MCR-EMT

Plaintiff:
**Daniel Francis Sullivan**

vs.

Defendant:
**Elizabeth Ann Sullivan**

For:
Matthew H. Mears
Holland & Knight LLP
315 South Calhoun St
Ste. 600
Tallahassee, FL 32301

Received by Florida Coast Process, LLC on the 25th day of August, 2014 at 11:11 am to be served on **Elizabeth Ann Sullivan, 8217 Lyric Drive, Pensacola, FL 32516**.

I, Rebecca Harper, being duly sworn, depose and say that on the **25th day of August, 2014** at **11:16 am, I:**

**SUBSTITUTE SERVED** the within named person by delivering a true copy of the **Summons in a Civil Action, Verified Petition for Return of Child to Canada and Issuance of Show Cause Order with Exhibits** with the date and hour of service endorsed thereon by me, at their usual place of abode, to a person residing therein who is fifteen (15) years of age or older to wit: **Julie Webb co-tenant,** at the address of **8217 Lyric Drive, Pensacola, FL 32516**, and informing said person of the contents therein, pursuant to F.S. 48.031 (1).

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a **Certified Process Server** in the circuit in which service was effected in accordance with Florida Statutes and I have no interest in the above action. Pursuant to F.S. 92.525(2), no notary is required.

Subscribed and Sworn to before me on the 25th day of August, 2014 by the affiant who is personally known to me.

NOTARY PUBLIC

WHITNEY CARTWRIGHT
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE106884
Expires 6/27/2016

Rebecca Harper
1st Circuit CPS #574

**Florida Coast Process, LLC**
P.O. Box 3828
Orlando, FL 32802-3828
(407) 440-8448

Our Job Serial Number: FCP-2014001888

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m