IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| Daniel Francis Sullivan | * | |
| | * | |
| Petitioner, | * | |
| | * | Civil Case No.: 3:14-mc-00064-MCR-EMT |
| v. | * | |
| Elizabeth Ann Sullivan | * | |
| Respondent | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## [PROPOSED] SHOW CAUSE ORDER

Before the Court is the Verified Petition for Return of Child to Canada and Issuance of Show Cause Order filed by Daniel Sullivan. This Order addresses only the Petitioner's request for a Show Cause Order and makes no determination as to the merits of the Verified Petition for Return. Respondent, Elizabeth Ann Sullivan ("Respondent") was served with the Verified Petition on August 25, 2014. (ECF No. 6.)

The Verified Petition was brought pursuant to The Convention on the Civil Aspects of International Child Abduction, done at the Hague on October 25, 1980[1] (hereinafter the "Hague Convention" or "Convention") and the International Child Abduction Remedies Act[2] (hereinafter

---

[1] T.I.A.S. No. 11,670 at 1, 22514 U.N.T.S. at 98, *reprinted in* 51 Fed. Reg. 10,493 (1986) text available at: http://www.hcch.net/index_en.php?act=conventions.pdf&cid=24.

[2] 42 U.S.C. 11601 *et seq.* (2001).

"ICARA"). The Convention came into effect in the United States of America on July 1, 1988 and was also ratified between the United States of America and Canada on July 1, 1988.[3]

The Father seeks expedited relief from this Court to secure the return of his son to Canada. The Hague Convention sets a goal of six weeks for the determination of the merits of a wrongful removal or wrongful retention case from the date of filing. Convention, art. 11. The Eleventh Circuit has approved expeditious treatment, approving procedures that led to full resolution of a petition for return in approximately twenty (20) days from its filing. The court said:

> The district court, was prepared to, and did, expedite the ICARA petition as required by ICARA. The ICARA petition was filed in the district court on December 3. The district court conducted two full days of evidentiary hearings on December 12 and 19 and heard closing arguments on December 22, after which the district court immediately dictated comprehensive findings of fact and conclusions of law, covering sixty-four pages of transcript in the record, and entered final judgment. This is what ICARA contemplates.

*Lops v. Lops*, 140 F.3d 927, 943-44 (11th Cir. 1998).

Upon considering the Verified Petition, the Convention, and ICARA, it is this ____ day of September 2014, **ORDERED**:

1. That the parties shall appear before this Court on the _____ day of September 2014, at _____ a.m./p.m. in Courtroom _____ of the United States District Court for the Northern District of Florida, Pensacola Division, One North Palafox St., Pensacola, Florida 32502 for an evidentiary hearing on the merits of the Verified Petition for Return of the Child to Canada, at which time Respondent shall show cause why the Verified Petition should not be granted. The Respondent may appear with or without counsel.

---

[3] *See,* Hague Abduction Convention Country List, text available at:
http://travel.state.gov/abduction/resources/congressreport/congressreport_1487.html.

2. That on or before the ____ day of September 2014, Respondent shall file with this Court and serve on counsel for Petitioner a written response to the Verified Petition.

3. That Respondent is prohibited from removing the minor child, DFS, born in 2011, or causing the minor child to be removed from the jurisdiction of this Court pending final disposition of the above-referenced Verified Petition.

4. That a copy of this Order, shall be served on Respondent (or her counsel of record if counsel has appears) by overnight mail within one business day after the entry of this Order.

**DONE AND ORDERED** in Chambers at Pensacola, Florida, this _____ day of _____, 2014.

                                                              _____
                                                              The Honorable M.C. Rodgers
                                                              UNITED STATES CHIEF DISTRICT JUDGE

cc:   Counsel of Record