IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DANIEL FRANCIS SULLIVAN
61 MacDonald Avenue
Toronto, Ontario
M9N 2E3,

        Plaintiff,                              Case No.: 3:14-mc-64-MCR/EMT

Vs.

ELIZABETH ANN SULLIVAN
8217 Lyric Drive
Pensacola, Florida
32516,

        Defendant.

---

## NOTICE OF APPEARANCE
## ON BEHALF OF DEFENDANT ELIZABETH ANN SULLIVAN

PLEASE TAKE NOTICE that Autumn O. Beck, Esq., hereby gives notice of her appearance in the above-captioned action on behalf of the Defendant, Elizabeth Ann Sullivan. The undersigned respectfully requests that her name be added to the electronic service list with respect to this action, and that copies of all motions, pleadings, affidavits, notices, orders, and other documents/papers filed or served in this action be transmitted to her.

Dated this 5th day of September, 2014.

                                                  /s/ *Autumn O. Beck*
                                                AUTUMN O. BECK
                                                Florida Bar No.: 497576
                                                McDonald, Fleming, Moorhead, LLP
                                                25 West Government Street
                                                Pensacola, FL 32502
                                                (850) 477-0660
                                                (850) 477-4510 (Facsimile)
                                                aobeck@pensacolalaw.com
                                                metaylor@pensacolalaw.com
                                                Attorney for Defendant