## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF FLORIDA
### OFFICE OF THE CLERK

**JESSICA J. LYUBLANOVITS**
CLERK OF COURT
1 N. PALAFOX STREET
PENSACOLA, FLORIDA 32502-5658
850.435.8440
850.433.5972 FAX

**RICHARD MILDENBERGER**
CHIEF DEPUTY CLERK
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

Visit our web site at www.flnd.uscourts.gov

Reply to: Pensacola Division

# MEMORANDUM

To:      Counsel of Record

Re:      Evidence/Exhibit Preparation

Pursuant to pretrial requirements of the United States District Court for the Northern District of Florida, this letter provides guidelines for the preparation and handling of exhibits for evidentiary hearings, bench trials and jury trials in civil and criminal cases assigned to Chief U.S. District Judge Casey Rodgers.

Marking and Numbering Exhibits

Counsel for each party in any case should, in advance of trial, mark each exhibit proposed to be offered in evidence or otherwise tendered to any witness during evidentiary hearings or trials. Exhibits will retain the same number throughout court proceedings whether identified, offered or admitted. To avoid confusion, it is preferred that like parties share exhibit numbers. If it is not practical for co-plaintiffs or co-defendants to share exhibit numbers, like parties may identify exhibits by placing the party's name or initials prior to the exhibit number on all exhibit stickers and exhibit lists (for example: Smith-1, XYZ-1, etc.).

The exhibits should be individually marked for identification with a secured sticker denoting the appropriate party, the case number and the exhibit number (see Attachment 1). Exhibits should be sequentially numbered in the order they are proposed to be offered. Composite exhibits should have identified sub-exhibits denoted by a letter following the exhibit number (example: Exhibit 1 is a medical file; documents from the file are marked 1a, 1b...1z, 1aa, etc.).

Preparing Exhibit Lists

Upon marking the exhibits, counsel should prepare a list of such exhibits, in sequence, with a descriptive notation sufficient to identify each separate numbered exhibit and should furnish copies of the list to the court at the commencement of the trial or evidentiary hearing (see Attachment 2). Counsel should inform the court of exhibits to which admission has been stipulated.

Preparing Witness Lists

Counsel shall prepare a list of the names of all witnesses, including rebuttal and expert, intended to be called at the trial or evidentiary hearing by each party. If the list is lengthy, the witnesses should be listed in alphabetical order unless otherwise ordered by the court. Counsel shall provide a witness list to the court at the commencement of the trial or evidentiary hearing. This list should not include any personal identifiers, such as street addresses or phone numbers.

Stipulated Exhibits

In civil trials, parties may agree on the admission of some exhibits in advance. If so, counsel may give the courtroom deputy clerk a list of the stipulated exhibits before moving for their admission. In criminal trials, stipulated exhibits may be admitted individually as needed during the course of the trial.

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

| Gainesville Division | Pensacola Division | Tallahassee Division | Panama City Division |
|---|---|---|---|
| 401 SE 1st Avenue | 1 N. Palafox Street | 111 N. Adams Street | 30 W. Government Street |
| Gainesville, Florida 32601 | Pensacola, Florida 32502-5658 | Tallahassee, Florida 32301-7717 | Panama City, Florida 32401 |
| 352.380.2400 | 850.435.8440 | 850.521.3501 | 850.769.4556 |
| 352.380.2424 FAX | 850.433.5972 FAX | 850.521.3656 FAX | 850.769.7528 FAX |

Preparing Copies of Exhibits

The following procedure applies in both civil and criminal cases:

- In all evidentiary hearings or bench trials, counsel are required to provide the court with two (2) copies of each exhibit prior to the commencement of that proceeding. In cases, where voluminous paper exhibits are to be offered, counsel are required to place the exhibits in three-ring binders with a numbered tab index.
- In all jury trials only one (1) copy of each exhibit, to be offered for admission, is required. Counsel may wish to have additional copies of documentary exhibits on hand for use in examining witnesses.

Medical or Technical Terms

Counsel shall provide a list of medical or technical terms to the court reporter prior to the trial commencing.

Custody of Exhibits

The courtroom deputy clerk shall retain custody of exhibits: (1) that have been admitted or (2) that have been identified but not admitted based upon a court ruling. During jury trials, admitted exhibits shall be placed on the table in front of the clerk. All other exhibits tendered during a proceeding, for which admission was not sought or which were withdrawn by counsel shall be returned. The courtroom deputy cannot anticipate the need for exhibits by counsel during examination and cross-examination of witnesses. Counsel may request exhibits during a recess break or should request permission from the court to retrieve exhibits by number from the table. When examination of a witness is complete, it is the responsibility of counsel to return all exhibits used during the examination and intended for the record to the courtroom deputy.

Evidence Presentation Equipment

Chief Judge Rodgers encourages the use of evidence presentation equipment in the courtroom. Please contact systems personnel at (850) 435-8440 or Susan Simms prior to the court proceeding for training on this equipment and to test any presentation equipment (laptops, ipads/tablets, video tapes, cassette tapes, CD/DVDs, Power Point presentations) or any other media you plan to use. In connection with evidence presentation at trial, our system is capable of handling resolutions up to 1024 x 768 at a 60 hertz refresh rate. In other words, it can display resolutions at 640 x 480, 800 x 600 or 1024 x 768. It is recommended you use 1024 x 768 if your laptops support it.

Appeal Exhibits

The Eleventh Circuit Court of Appeals has determined that documents of unusual bulk or weight and physical exhibits other than documents, or other parts of the record designated for omission shall not be transmitted by the Clerk of this Court with the record on appeal unless directed to do so by a party or the circuit clerk (see FRAP 11 - 11th Circuit Rules). Accordingly, oversized exhibits, posters, and non-documentary exhibits may be used at trial for demonstrative purposes, but they will be returned to counsel at the conclusion of trial. This includes sensitive exhibits in criminal trials. If the court of appeals requests an exhibit retained by counsel, it is the responsibility of counsel to make arrangements for transportation and shipping of those exhibits to Atlanta, Georgia. Counsel should consider submitting file-size copies (8.5" x 11") of posters and/or photographs of non-documentary exhibits if they prefer these exhibits be considered for appeal purposes.

Returning Exhibits

All models, diagrams and exhibits remaining in the custody of the clerk shall be retrieved by the parties within three (3) months after the case is finally decided, unless an appeal is taken. In all cases in which an appeal is taken, all exhibits shall be retrieved within thirty (30) days after the filing and recording of the mandate of the appellate court finally disposing of the case. (See Local Rule 5.2 - Attachment 1.)

Please direct any questions regarding exhibits to Susan Simms, courtroom deputy clerk for Chief Judge Rodgers at (850) 470-8125 or Susan_Simms@flnd.uscourts.gov.

Attachment 1

> Local Rule 5.2 Exhibits - Disposition
>
> (A) All exhibits offered or received in evidence during any proceeding in this court shall be delivered to the clerk who shall keep them in custody unless otherwise ordered by the court, except:
>
>> (1) Sensitive exhibits, such as, but not limited to, illegal drugs, explosives, weapons, currency, articles of high monetary value, exhibits of a pornographic nature, or the like, shall be retained by the submitting law enforcement agency or party who shall then be responsible to the court for maintaining custody and the integrity of such exhibits, and
>>
>> (2) The clerk may, without special order, permit an official court reporter to retain custody pending preparation of the transcript.
>
> (B) All models, diagrams and exhibits remaining in the custody of the clerk shall be retrieved by the parties within three (3) months after the case is finally decided, unless an appeal is taken. In all cases in which an appeal is taken, all exhibits shall be retrieved within thirty (30) days after the filing and recording of the mandate of the appellate court finally disposing of the case.

Northern District of Florida - Local Rule 5.2

Standard exhibit labels examples

| GOVERNMENT EXHIBIT **1** | PLAINTIFF'S EXHIBIT **2** | DEFENDANT'S EXHIBIT **3 A** |
|---|---|---|
| 3:02cr333/MCR | 5:00cv888/MCR | 4:99cv999/MP |
| Government Gold Label | Plaintiff Pink Label | Defendant Blue Label |

Note: The Clerk's Office has exhibit stickers in sheets of 55 labels per sheet available at the intake counter. Using gold, pink or blue labels is only a suggestion, not a requirement. Upon request, the clerk will provide these to counsel at no charge. However, if counsel prefer to print their own labels, please ensure each label is clearly marked for the appropriate party. Address labels (1" x 2 5/8") that come 30 to a sheet are commonly used for marking exhibits and are acceptable.

Attachment 2 - EXAMPLE OF EXHIBIT LIST

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN Q. DOE,
    Plaintiff

v.                                                                                    3:13cv999/Judge

WILLIAM Z. SMITH and
THE CITY OF GOTHAM,
    Defendants
_____/

**Plaintiff's Trial Exhibit List (Example)**

| Pltf # | Date ID'd | Date Admitted | Witness(es) | Description |
|---|---|---|---|---|
| 1 | leave blank | leave blank | Paul Jones | Letter to John Doe from Paul Jones dated 3/1/95 re: salary review. |
| 2a | leave these two columns blank - to be filled in during trial | | Dr. David Brown | Audiotape of meeting on 5/1/95. |
| 2b | | | "   " | Transcript of pla exh 2a - audiotape |
| 3 | | (Stipulated) | Sally Smith, Paul Jones | Poster - Map of USA (for demonstrative purposes only) |
| 3a | | | | File size copy of map pltf exh 3 |
| 4 | | | | Poster - enlargement of photos 4a-g for demo purposes |
| 4a-g | | | | Photos - 4" x 6" of:<br>a - automobile<br>b - tires<br>c - etc. |
| 5 | | | | Brown Leather Briefcase |
| 5a | | | | Photo of briefcase - pla exh 5 |
| 6 | | | | Acme Co. Procedures manual - 1995 |
| 6a | | | | Enlarged excerpt of page 42 from pla exh 6 |