IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DANIEL FRANCIS SULLIVAN
61 MacDonald Avenue
Toronto, Ontario
M9N 2E3,

   Plaintiff,         Case No.:  3:14-mc-64-MCR/EMT

Vs.

ELIZABETH ANN SULLIVAN
8217 Lyric Drive
Pensacola, Florida
32516,

   Defendant.

_____

**NOTICE OF APPEARANCE**
**ON BEHALF OF DEFENDANT ELIZABETH ANN SULLIVAN**

PLEASE TAKE NOTICE that Edward P. Fleming, Esq., of the Law Firm McDonald, Fleming, Moorhead hereby gives notice of his appearance in the above-captioned action on behalf of the Defendant, Elizabeth Ann Sullivan.  The undersigned respectfully requests that his name be added to the electronic service list with respect to this action, and that copies of all motions, pleadings, affidavits, notices, orders, and other documents/papers filed or served in this action be transmitted to him.

  Dated this 10th day of September, 2014.

               */s/ Edward P. Fleming*
               EDWARD P. FLEMING
               Florida Bar No.:  615927
               McDonald, Fleming, Moorhead, LLP
               25 West Government Street
               Pensacola, FL  32502
               (850) 477-0660
               (850) 477-4510 (Facsimile)
               epfleming@pensacolalaw.com
               psheidebrecht@pensacolalaw.com
               Attorney for Defendant