IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DANIEL FRANCIS SULLIVAN
61 MacDonald Avenue
Toronto, Ontario
M9N 2E3,

        Plaintiff,                               Case No.: 3:14-mc-64-MCR/EMT

Vs.

ELIZABETH ANN SULLIVAN
8217 Lyric Drive
Pensacola, Florida
32516,

        Defendant.

---

## MOTION FOR LEAVE OF COURT TO FILE A MEMORANDUM OF LAW

The Respondent moves for leave to file a memorandum of law in the above-styled action, and would show in support of its Motion:

1. This matter was heard by the Court on Thursday, September 11, 2014 for a one-day evidentiary hearing.

2. Given the expedited nature of the case, the Respondent had just 7 days notice of the hearing.

3. During closing arguments, the Petitioner presented legal authorities (without copying Respondent's counsel), and the Court raised questions, that warrant briefing by legal memoranda that would integrate controlling legal authorities with the facts presented to this Court at the evidentiary hearing.

4. This is an important case that directly impacts the future of a minor child, as well as reputation, forum selection, and other issues of importance to both parties.

5. Allowing the parties to simultaneously submit memoranda of law would not delay the action, and may be helpful to the Court and cause of justice now before this Court.

WHEREFORE, Petitioner respectfully moves for leave to file simultaneous legal memoranda to the Court within five (5) business days of an Order GRANTING such leave, or such other time as this Court finds appropriate.

Dated this 23 day of September, 2014.

AUTUMN O. BECK
Florida Bar No.: 497576
McDonald, Fleming, Moorhead, LLP
25 West Government Street
Pensacola, FL  32502
(850) 477-0660
(850) 477-4510 (Facsimile)
aobeck@pensacolalaw.com
metaylor@pensacolalaw.com
Attorney for Defendant