**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

DANIEL FRANCIS SULLIVAN

    VS                                                    CASE NO.  3:14mc64/MCR/EMT

ELIZABETH ANN SULLIVAN

### REFERRAL AND ORDER

Referred to Chief Judge Rodgers on  September 23, 2014
Motion/Pleadings:  MOTION FOR LEAVE OF COURT TO FILE A MEMORANDUM OF LAW
Filed by  Respondent  on  9/23/14  Doc.#  15
RESPONSES:
                                                     on            Doc.#
                                                     on            Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed    ____ Consented

                                  JESSICA J. LYUBLANOVITS
                                  CLERK OF COURT

                                  s/ *Kathy Rock*
LC (1 OR 2)                  Deputy Clerk: Kathy Rock

### *ORDER*

    Upon consideration of the foregoing, it is ORDERED this 24th day of September, 2014, that:

    The relief requested is GRANTED.  The parties' simultaneous memoranda shall be due October 8, 2014.


                                                s/ *M. Casey Rodgers*
                                                *M. CASEY RODGERS*
                                      *Chief United States District Judge*